IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HARDY AND KELLY LLC | ) |
| | ) |
| v. | ) NO. 3-11-0155 |
| | ) JUDGE CAMPBELL |
| QBE INSURANCE CORP., et al. | ) |

ORDER

Pending before the Court is Defendant Specialty Insurance Agency, Inc.'s Motion to Dismiss (Docket No. 12). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED in part and DENIED in part. Plaintiff's claims against Defendant Specialty Insurance Agency for breach of contract and bad faith refusal to pay are DISMISSED.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　TODD J. CAMPBELL
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE