IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

HARDY AND KELLY LLC )
)
v. ) NO. 3-11-0155
) JUDGE CAMPBELL
QBE INSURANCE CORP., et al. )

ORDER

Pending before the Court is Defendants' Motion for Summary Judgment (Docket No. 38). For the reasons stated in the accompanying Memorandum, Defendants' Motion is GRANTED, and this action is DISMISSED. The Clerk is directed to close the file.

The jury trial set for July 31, 2012, and the pretrial conference set for July 23, 2012, are canceled, and any other pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE