UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| HARDY AND KELLY LLC | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:11cv155 |
| | ) | Judge Campbell |
| v. | ) | |
| | ) | |
| QBE INSURANCE CORPORATION, et al. | ) | |
| | ) | |
| Defendants. | ) | |

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on May 16, 2012.

      KEITH THROCKMORTON, CLERK

      s/ Hannah Blaney